IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| THE TRAVELERS INDEMNITY CO. OF AMERICA and TRAVELERS PROPERTY CASUALTY CO. OF AMERICA, | ) ) ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. 2:21cv528-MHT |
| v. | ) ) | (WO) |
| YUKITA A. JOHNSON and TIFFINA McQUEEN, | ) ) ) | |
| Defendants. | ) | |

ORDER

Based on representations made by the parties at an on-the-record videoconference on February 23, 2023, it is ORDERED that the parties are to file a joint report by 5:00 p.m. on March 9, 2023, that contains either (i) an agreement as to the *loci contracti* for the two Travelers insurance policies at issue and, accordingly, the state law that is to apply to each policy, or (ii) a proposal for targeted discovery as to *lex locus contractus*--including the specific information sought, the individuals or sources to be consulted, and a

comprehensive and detailed discovery timeline--to uncover such *loci contracti*, followed by a timeline for briefing the issue as to the pending motion for summary judgment.

    DONE, this the 24th day of February, 2023.

                                     /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE