IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
THE TRAVELERS INDEMNITY    )
CO. OF AMERICA and         )
TRAVELERS PROPERTY         )
CASUALTY CO. OF AMERICA,   )
                           )
     Plaintiff,            )    CIVIL ACTION NO.
                           )      2:21cv528-MHT
     v.                    )           (WO)
                           )
YUKITA A. JOHNSON and      )
TIFFINA MCQUEEN,           )
                           )
     Defendants.           )
```

ORDER

Pursuant to the court's opinion and order of March 23, 2023 (Doc. 50), it is ORDERED that:

(1) The joint motion to continue deadlines (Doc. 51) is granted.

(2) The parties are allowed until August 22, 2023, to conduct additional discovery as to choice of law. Such discovery may include affidavits, depositions, written discovery, and any other appropriate mechanisms the parties choose to employ. The deadline for responding to any appropriate request for information

or for production of documents shall be seven days from the date of the request.

    (3) The parties are allowed until August 29, 2023, to file a new or renewed motion for summary judgment. If no motion is filed, the court will set this case for pretrial and trial, etc.

    DONE, this the 18th day of May, 2023.

                                   /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**